1

2

3

4

5

6

7

8

9            UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON
10

11

12   BURT BOBBIE DANIELS,                      Civil No. 09-1250-RJB/JRC

13        Plaintiff,

14        vs.                                   ORDER ADOPTING REPORT AND
                                                RECOMMENDATION
15   DR. ROBERT SAARI, *et al.*,

16
          Defendant.
17

18

19        This matter comes before the Court on the Report and Recommendation of U.S.

20   Magistrate Judge J. Richard Creatura.  Dkt. 8.  The Court has considered the Report and

21   Recommendation, objections, if any, and the record herein.

22        The Report and Recommendation discusses the facts and law at issue here.  Dkt. 8.  The

23   plaintiff has raised a 42 U.S.C. § 1983 civil rights action, alleging that the diagnosis he received as

24   part of his civil commitment proceeding does not exist.  The Report and Recommendation states

25

26   that the plaintiff is thus collaterally challenging his civil commitment, and therefore that the plaintiff

27

28   Page 1      ORDER

must proceed in a habeas corpus action rather than a civil rights action.  However, the Report and

Recommendation should also include authority stating that the analysis performed by the court

applies to individuals who are in civil commitment as well as incarceration.  The Report and

Recommendation should be adopted with the following authority included:

> *Heck v. Humphrey* applies to persons detained as sexually violent predators who have
>
> access to habeas relief.  *Huftile v. Miccio-Fonseca*, 410 F.3d 1136, 1140 (9th Cir. 2005).

The Court hereby **ORDERS**:

1)  The Report and Recommendation (Dkt. 8) is **ADOPTED**;

2) The plaintiff's action is **DISMISSED** without prejudice; and

3) The Clerk is directed to send copies of this Order to all attorneys of record and to the

Hon. J. Richard Creatura.

DATED this 23rd day of October, 2009.

Robert J. Bryan
United States District Judge