# United States District Court

WESTERN DISTRICT OF WASHINGTON

BURT BOBBIE DANIELS

               v.

DR. ROBERT SAARI, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-1250RJB/JRC

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED

The Report and Recommendation (Dkt. 8) is **ADOPTED**; and

The plaintiff's action is **DISMISSED** without prejudice.


  October 27, 2009                                                      BRUCE RIFKIN
                                                                                 Clerk

                                                                             *s/CM Gonzalez*
                                                                             Deputy Clerk